# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0837
Lower Tribunal No. 14-31921
_____

**Waterstone Capital, LLC, et al.,**
Appellants,

vs.

**Wilmington Savings Fund Society, FSB, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Neustein Law Group, P.A., and Nicole R. Moskowitz, for appellants.

McMichael, Taylor & Gray, LLC, and Ezra Scrivanich (Sunrise), for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.